George Paul LAROQUE,
Plaintiff—Appellant,

v.

Sara A. CONTI, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

Robin Virginia Heinze, Debtor.

George Paul LaRoque, Plaintiff—
Appellant,

v.

Sara A. Conti, Defendant—Appellee,

and

Michael D. West, Bankruptcy
Administrator, Party–in–
Interest,

Robin Virginia Heinze, Debtor.

Nos. 09–1174, 09–1175, 09–1176,
09–1177, 09–1186, 09–1263.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 23, 2009.

George Paul LaRoque, Appellant Pro
Se. Sara A. Conti, Appellee Pro Se.

Before NIEMEYER, GREGORY, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George Paul LaRoque appeals the dis-
trict court's orders dismissing his appeals
from the bankruptcy court and denying
leave to proceed in forma pauperis. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*LaRoque v. Conti,* Nos. 1:08–cv–00564–
NCT; 1:08–cv–00569–NCT; 1:08–cv–
00595–NCT; 1:08–cv–00663–NCT; 1:08–
cv–00568–NCT; 1:09–00078–NCT
(M.D.N.C. Jan. 30, 2009 & Feb. 13, 2009).
We grant LaRoque's motions to consoli-
date his appeals and deny his motions for
transcripts and a certified copy of the rec-
ord at government expense. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*